HARRISON *v.* STICKNEY. From Wilson. *Connor & Connor* and *F. A. Woodard* for plaintiff, appellant; *Pou & Finch* and *Murray Allen* for defendant. The Court being evenly divided (CONNOR, J., not sitting), judgment below affirmed.

HEARTT *v.* POOL, appellant. From Wake. Dismissed for failure to print the record.

JONES *v.* TEL. CO. From Harnett. *W. A. Stewart* for plaintiff; *R. C. Strong* and *Shepherd & Shepherd* for defendant, appellant. Affirmed.

JACKSON *v.* NEUSE RIVER MILLS. From Wake. *J. N. Holding* and *S. G. Ryan* for plaintiff, appellant; *R. H. Battle* for defendant. Affirmed.

ELLIS *v.* MITCHELL, appellant. From Wake. *R. H. Battle* and *W. J. Peele* for plaintiff; *S. G. Ryan* and *J. N. Holding* for defendant. Affirmed.

SMITH *v.* MARSH. From Cumberland. *T. H. Sutton* for plaintiff, appellant; *Robinson & Shaw* and *N. A. Sinclair* for defendant. Affirmed.

HOWELL *v.* BARFIELD. From Robeson. *Wishart & Shaw* and *D. J. Lewis* for plaintiff, appellant; *McLean & McCormick* and *McIntyre & Lawrence* for defendant. Affirmed.

HALL *v.* RAILROAD. From Robeson. *McIntyre & Lawrence* for plaintiff; *McLean & McCormick* for defendant, appellant. Affirmed.

STATE *v.* HOUGH. From Anson. *Attorney-General* and *Walter Clark, Jr.,* for the State; *H. H. McLendon* for defendant, appellant. Affirmed.

STATE *v.* LITTLE (appeal by State). From Anson. *Attorney-General* and *Walter Clark, Jr.,* for the State; *H. H. McLendon* for defendant. Affirmed.